Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE KOELTL**

**07 CV 11614**

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>Barr Laboratories, Inc.,<br><br>                              Defendant. | ) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)  **RULE 7.1 STATEMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
DEC 2 8 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, plaintiffs Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma

Corporation, by their undersigned counsel, respectfully submit the following disclosure

statement:

*As to Plaintiffs Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma
Corporation:*

1. Mitsubishi Chemical Corporation is a wholly-owned subsidiary of Mitsubishi

Chemical Holdings Corporation, a publicly held corporation.

2.  The following publicly held corporation owns more than 10% of the stock of

Mitsubishi Tanabe Pharma Corporation:  Mitsubishi Chemical Holdings Corporation.

*As to Plaintiff Encysive Pharmaceuticals Inc., we are informed by this plaintiff's counsel as follows:*

1.  Plaintiff Encysive Pharmaceuticals Inc. is a public non-governmental entity,

and no publicly held corporation owns 10% or more of its stock.

*As to  Plaintiffs SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a GlaxoSmithKline (collectively, "GSK"), we are informed by their plaintiffs' counsel as follows:*

1.  GSK is wholly owned by its ultimate parent corporation GlaxoSmithKline plc,

an English public limited company whose shares are traded on the London Stock

Exchange and New York Stock Exchange.

2.  No publicly held corporation owns 10 percent or more of GlaxoSmithKline

plc's stock.

Dated: New York, N.Y.
       December 28, 2007

_Anthony J. Viola_
Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

David G. Conlin
Barbara L. Moore
Kathleen B. Carr
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199
(617) 239-0100

Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation

Of Counsel:

Jonathan L. Hochman
SCHINDLER COHEN &
HOCHMAN
100 Wall St., 15th Floor
New York, NY 10005
(212) 277-6305

Martin L. Katz
Brad R. Bertoglio
WOOD, PHILLIPS, KATZ, CLARK
& MORTIMER
Citicorp Center, Suite 3800
500 West Madison Street
Chicago, IL 60661-2511
(312) 876-2020

Attorneys for Plaintiff Encysive
Pharmaceuticals Inc.

Robert J. Gunther, Jr.
WILMER, CUTLER, PICKERING,
        HALE and DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

William F. Lee
Lisa J. Pirozzolo
WILMER, CUTLER, PICKERING,
        HALE and DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Attorneys for Plaintiffs
  SmithKline Beecham plc and
  SmithKline Beecham Corp. d/b/a
  GlaxoSmithKline