United States District Court
Southern District of New York

Mitsubishi Chemical Corporation, Mitsubishi Tanabe
Pharma Corporation, Encysive Pharmaceuticals Inc.,
SmithKline Beecham plc and SmithKline Beecham
Corp. d/b/a GlaxoSmithKline,

                                   Plaintiff(s)

**AFFIDAVIT OF SERVICE**
Case# 07CV11614

   -against-

Barr Laboratories, Inc.,                Defendant(s)

STATE OF NEW YORK
COUNTY OF ALBANY    SS:

William M. Irish, being duly sworn says: Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action and Complaint. That the party which was served was BARR LABORATORIES, INC., by serving **CORPORATION SERVICE COMPANY**, its Registered Agent.

That on the 31st day of December 2007, at approx. 11:00 a.m., at the office of Corporation Service Company at 80 State Street, 6th Floor, Albany, New York, one copy of the aforesaid papers was served by personally delivering to and leaving with Maureen Cogan, Receptionist and known to me to be empowered to receive such service on behalf of Corporation Service Company.

Description of Maureen Cogan - Receptionist
White female, 5'8", 45 yrs.old, 175 lbs., brown hair, glasses.

                                                           William M. Irish

Sworn to before me
this 31st day of December 2007.

Frank J. Panucci
Notary Public, State of New York
Qualified in Albany County
No.4721156
Commission Expires July 31, 2010