EDWARDS ANGELL PALMER & DODGE LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITSUBISHI CHEMICAL CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, ENCYSIVE PHARMACEUTICALS INC., SMITHKLINE BEECHAM PLC and SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE,

Plaintiffs,

-against-

BARR LABORATORIES, INC.

Defendants.

Case No.: 07 CA 11614 (Koeltl)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**JOSE QQUENDO,** being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and resides in the State of New York;

2. That on December 28, 2007, at approximately 1:09 p.m., I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLANT and RULE 7.1 STATEMENT,** all upon **BARR LABORATORIES, INC.,** by Personal Delivery, via Mr. Richard Dunne, who identified himself as a "Security Operations Manager and employee" as well as being authorized, as Agent to accept service on behalf of Barr Laboratories, Inc., which service was effected at their business address indicated below:

BARR LABORATORIES INC.
223 Quaker Road / 1st Floor
Pomona, New York 10970

3. **Mr. Richard Dunne** can best be described as:

Male – White skin – Black hair - Approximately 44 – 54 years of age, 5'7"– 5'11" and 155 – 195 lbs.

Dated: December 28, 2007
New York, New York

JOSE OQUENDO
License No.: 1154641

Sworn to before me on this the 28th day of December 2007.

NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-
POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

'We've built our service on your satisfaction'

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a GlaxoSmithKline

V.

Barr Laboratories, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 11614
JUDGE KOELTL

TO: (Name and address of Defendant)
Barr Laboratories, Inc.
223 Quaker Road
Pomona, New York 10970

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
Mitsubishi Chemical Corporation and
Mitsubishi Tanabe Pharma Corporation
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

Jonathan L. Hochman
SCHINDLER COHEN & HOCHMAN
Attorneys for Plaintiff Encysive Pharmaceuticals Inc.
100 Wall St., 15th Floor
New York, NY 10005
(212) 277-6330

Robert J. Gunther, Jr.
WILMER, CUTLER, PICKERING, HALE and DORR LLP
Attorney for Plaintiffs
SmithKline Beecham plc and
SmithKline Beecham Corp. d/b/a GlaxoSmithKline
399 Park Avenue
New York, NY 10022
(212) 230-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

American LegalNet, Inc.
www.FormsWorkflow.com

☐AO 440 (Rev. 8/01) Summons in a Civil Action

J. MICHAEL McMAHON

CLERK

DEC 2 8 2007

DATE

Marcos Quintero

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com