Jonathan L. Hochman (JH-7072)
Daniel E. Shaw (DS-8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| Mitsubishi Chemical Corporation, | : | |
| Mitsubishi Tanabe Pharma Corporation, | : | 07 Civ. 11614 (JGK) |
| Encysive Pharmaceuticals Inc., SmithKline | : | |
| Beecham plc and SmithKlineBeecham Corp. | : | |
| d/b/a GlaxoSmithKline, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **NOTICE OF APPEARANCE** |
| -and- | : | |
| | : | *(Electronically Filed)* |
| Barr Laboratories Inc., | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------x

    PLEASE TAKE NOTICE that the undersigned has been retained as Attorney(s) for plaintiff Encysive Pharmaceuticals Inc. ("Encysive"), in the above-captioned action and that Encysive requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       December 28, 2007

                                        SCHINDLER COHEN & HOCHMAN LLP

                                        By: ___/s/ Daniel E. Shaw_____
                                               Jonathan L. Hochman (JH-7072)
                                               Daniel E. Shaw (DS-8129)

                                        100 Wall Street, 15th Floor
                                        New York, New York 10005
                                        (212) 277-6300 (tel)
                                        (212) 277-6333 (fax)

                                        *Attorneys for Encysive Pharmaceuticals Inc.*

{00035937}