UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUBISHI CHEMICAL CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, ENCYSIVE PHARMACEUTICALS INC., SMITHKLINE BEECHAM PLC AND SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITHKLINE, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 1:07-CV-11614-JGK <br><br> **Electronically Filed** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Barr Laboratories, Inc. ("Barr"), by counsel, respectfully requests an extension of time to February 11, 2008 to answer, move or otherwise plead in response to the Complaint ("Complaint") of Mitsubishi Chemical Corporation ("MCC"), Mitsubishi Tanabe Pharma Corporation ("MTPC"), Encysive Pharmaceuticals Inc. ("Encysive"), and SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline ("GSK") (collectively "Plaintiffs"), and states as follows:

1.  Plaintiffs filed the Complaint on December 28, 2007.

2.  Pursuant to the Court's January 4, 2008 notice, Barr's responsive pleading is due by January 20, 2008.

3.  Barr is seeking an extension of time to February 11, 2008 to answer, move or otherwise plead in response to the Complaint.

4.  The parties have conferred, and the Plaintiffs do not oppose this extension of time.

5.  There have been no previous requests for extension of time.

6.  There are no other scheduled deadlines in the case.

WHEREFORE, Barr respectfully requests that the Court grant this unopposed motion.

Dated: New York, N.Y.
January 18, 2008

Respectfully submitted,

 s/ Thomas J. Meloro
Thomas J. Meloro, Esq.
Diane C. Ragosa, Esq.
Heather M. Schneider, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000 Telephone
(212) 728-8111 Facsimile
TMeloro@willkie.com

*Attorneys for Defendant Barr Laboratories, Inc.*

SO ORDERED AND APPROVED.
This ____ day of January, 2008.

_____
JOHN G. KOELTL
United States District Judge