UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUBISHI CHEMICAL CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, ENCYSIVE PHARMACEUTICALS INC., SMITHKLINE BEECHAM PLC AND SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 1:07-CV-11614-JGK<br><br>**Electronically Filed** |

**DEFENDANT'S RULE 7.1 DISCLOSURE**

Defendant Barr Laboratories, Inc. makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Barr Laboratories, Inc. is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc. Barr Pharmaceuticals, Inc. is publicly traded on the New York Stock Exchange. No publicly-held corporation is believed to own 10% or more of the stock of Barr Pharmaceuticals, Inc.

Dated: New York, N.Y.
       January 18, 2008

        s/ Thomas J. Meloro
Thomas J. Meloro, Esq.
Diane C. Ragosa, Esq.
Heather M. Schneider, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000 Telephone
(212) 728-8111 Facsimile
TMeloro@willkie.com

*Attorneys for Defendant Barr Laboratories, Inc.*