Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Barr Laboratories, Inc.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 07 CV 11614<br><br>**UNOPPOSED<br>MOTION TO ADMIT<br>COUNSEL<br>PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anthony J. Viola, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Kathleen B. Carr
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 951-3326
(617) 227-4420

- 2 -

Kathleen B. Carr is a member in good standing of the Bar of the States of Massachusetts and Rhode Island. To my knowledge there are no pending disciplinary proceedings against Kathleen B. Carr in any State or Federal court.

Dated: ~~January~~ February 1, 2008
New York, NY

                                            Respectfully submitted,

                                            */s/ Anthony J. Viola*
                                            Anthony J. Viola
                                            EDWARDS ANGELL PALMER & DODGE LLP
                                            750 Lexington Avenue
                                            New York, NY 10022
                                            (212) 308-4411

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
 Mitsubishi Chemical Corporation and
 Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>                     Plaintiffs,<br><br>            v.<br><br>Barr Laboratories, Inc.,<br><br>                     Defendant. | Civil Action No. 07 CV 11614<br><br>**AFFIDAVIT OF ANTHONY J.**<br>**VIOLA IN SUPPORT OF**<br>**MOTION TO ADMIT**<br>**KATHLEEN B. CARR**<br>**PRO HAC VICE** |

Anthony J. Viola, being duly sworn hereby deposes and says as follows:

      1.      I am a member of the firm of Edwards Angell Palmer & Dodge LLP, and am counsel for Plaintiffs Mitsubishi Chemical Corp. and Mitsubishi Tanabe Pharma Corp. (collectively, "Mitsubishi") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts as set forth herein, and in support of the Mitsubishi Plaintiffs' motion pursuant to S.D.N.Y. Civ. R. 1.3(c) to admit Kathleen B. Carr as counsel pro hac vice to represent them in this matter.

      2.      I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York in 1988. I was also admitted to the bar of this Court in 1989, and am in good standing with this Court.

      3.      I have been a colleague of the applicant for several years. I know that she observes the highest standards of professionalism and of ethical conduct.

- 2 -

4. Ms. Carr is also a member of the firm of Edwards Angell Palmer & Dodge LLP in Boston, Massachusetts. She has specialized legal and/or technical skills which are pertinent to this patent infringement case.

5. Attached hereto as Exhibit A are Certificates of Good Standing issued within the past 30 days by each state in which Ms. Carr is admitted to the bar.

6. Accordingly, I am pleased to move the admission of Kathleen B. Carr, pro hac vice.

7. I have conferred with opposing counsel, and opposing counsel has represented to me that he consents to the relief requested by this motion.

8. I respectfully submit a proposed order granting the admission of Kathleen B. Carr, pro hac vice, which is attached hereto as Exhibit B.

Dated: ~~January~~ Feb. 1, 2008
New York, NY

_____
Anthony J. Viola

SWORN TO BEFORE ME
THIS 1ST DAY OF
FEBRUARY, 2008.

ANGELA A. TROFI
Notary Public, State of New York
No. 01TR5065603
Qualified in Queens County
Commission Expires Sept. 9, 2010

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

### Kathleen B. Carr

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **January** in the year of our Lord **two thousand and eight.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# Supreme Court of Rhode Island
### Providence

KATHLEEN B. CARR
EDWARDS,ANGELL,PALMER,DODGE
111 HUNTINGTON AVENUE
BOSTON, MA 02199

 

This certifies that KATHLEEN B. CARR of BOSTON, MASSACHUSETTS, is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on 21-JUN-1999 admitted to practice in all the Courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

 

Given under my hand and the seal of said Supreme Court at Providence, on January 8, 2008.

_____
Clerk

SU_CERT_GD_STD
June 2005

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline,<br><br>                      Plaintiffs,<br><br>          v.<br><br>Barr Laboratories, Inc.,<br><br>                      Defendant. | Civil Action No. 07 CV 11614<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF KATHLEEN B. CARR ON WRITTEN MOTION** |

Upon the motion of Anthony J. Viola, attorney for Plaintiffs Mitsubishi Chemical Corporation

and Mitsubishi Tanabe Pharma Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Kathleen B. Carr
      Edwards Angell Palmer & Dodge LLP
      111 Huntington Avenue
      Boston, MA  02199
      617-951-3326
      617-227-4420
      kcarr@eapdlaw.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Mitsubishi Chemical Corporation

and Mistubishi Tanabe Pharma Corporation in the above captioned case in the United States

- 2 -

District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____ __, 2008
      New York, NY

                                              _____
                                              United States District/Magistrate Judge

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK         )

      Glenn M. Huzinec, being duly sworn deposes and says: I am over 18 years of age, and I am not a party to the within action, and I am employed by Edwards Angell Palmer & Dodge LLP. On the 1st day of February, 2008, I served the within Motion to Admit Counsel Pro Hac Vice. By depositing true and exact copies of the mentioned documents, enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                        _____
                                                                          Glenn M. Huzinec

Sworn to before me this
1st day of February, 2008

_____
      Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20___