Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>Plaintiffs,<br><br>v.<br><br>Barr Laboratories, Inc.,<br><br>Defendant. | Civil Action No. 07 CV 11614<br><br>**UNOPPOSED<br>MOTION TO ADMIT<br>COUNSEL<br>PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Anthony J. Viola, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Christopher P. Silva
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199
(617) 951-3387
(617) 227-4420

Christopher P. Silva is a member in good standing of the Bar of the States of Massachusetts and

Maine.  To my knowledge there are no pending disciplinary proceedings against Christopher P.

Silva in any State or Federal court.

Dated: February 1, 2008
       New York, NY

                                        Respectfully submitted,


                                        Anthony J. Viola
                                        EDWARDS ANGELL PALMER & DODGE LLP
                                        750 Lexington Avenue
                                        New York, NY 10022
                                        (212) 308-4411


BOS_610516_1.DOC

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline, <br><br> Plaintiffs, <br><br> v. <br><br> Barr Laboratories, Inc., <br><br> Defendant. | Civil Action No. 07 CV 11614 <br><br> **AFFIDAVIT OF ANTHONY J. VIOLA IN SUPPORT OF MOTION TO ADMIT CHRISTOPHER P. SILVA PRO HAC VICE** |

Anthony J. Viola, being duly sworn hereby deposes and says as follows:

1.     I am a member of the firm of Edwards Angell Palmer & Dodge LLP, and am counsel for Plaintiffs Mitsubishi Chemical Corp. and Mitsubishi Tanabe Pharma Corp. (collectively, "Mitsubishi") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts as set forth herein, and in support of the Mitsubishi Plaintiffs' motion pursuant to S.D.N.Y. Civ. R. 1.3(c) to admit Christopher P. Silva as counsel pro hac vice to represent them in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York in 1988. I was also admitted to the bar of this Court in 1989, and am in good standing with this Court.

3.     I have been a colleague of the applicant for several years. I know that he observes the highest standards of professionalism and of ethical conduct.

4.    Mr. Silva is an associate of the firm of Edwards Angell Palmer & Dodge LLP in Boston, Massachusetts. He has specialized legal and/or technical skills which are pertinent to this patent infringement case.

5.    Attached hereto as Exhibit A are Certificates of Good Standing issued within the past 30 days by each state in which Mr. Silva is admitted to the bar.

6.    Accordingly, I am pleased to move the admission of Christopher P. Silva, pro hac vice.

7.    I have conferred with opposing counsel, and opposing counsel has represented to me that he consents to the relief requested by this motion.

8.    I respectfully submit a proposed order granting the admission of Christopher P. Silva, pro hac vice, which is attached hereto as Exhibit B.

Dated: February 1, 2008
       New York, NY

Anthony J. Viola

SWORN TO BEFORE
ME THIS 1st DAY
OF FEBRUARY, 2008.

ANGELA A. TROFI
Notary Public, State of New York
No. 01TR5065603
Qualified in Queens County
Commission Expires Sept. 9, 20 10

- 2 -

BOS_610812_1.DOC

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

## Christopher P. Silva

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **January** in the year of our Lord **two thousand and eight**.

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# BOARD OF OVERSEERS OF THE BAR
*Established by the Maine Supreme Judicial Court*

BOARD MEMBERS

Paul H. Sighinolfi, Esq., Chair
Jud Knox, Vice Chair

———————

Patricia M. Ender, Esq.
Charles E. Gilbert III, Esq.
Christine Holden, Ph.D.
Susan E. Hunter, Esq.
Andrew J. Pease, Jr.
David M. Sanders, Esq.
Charles W. Smith Jr., Esq.

97 Winthrop Street
P O Box 527
Augusta, ME  04332-0527

Phone 207-623-1121 • Fax 207-623-4175
Email board@mebaroverseers.org • Web www.mebaroverseers.org

BOARD STAFF

BAR COUNSEL
J. Scott Davis

DEPUTY BAR COUNSEL
Nora Sosnoff

ASSISTANT BAR COUNSEL
Aria eee

ADMINISTRATIVE DIRECTOR
Jacqueline M. Rogers

## CERTIFICATE OF GOOD STANDING
## AND DISCIPLINARY RECORD SEARCH

Christopher P. Silva, Esquire
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA  02199

   This is to certify that according to the registration records of Maine's Board of Overseers of the Bar Attorney Christopher P. Silva of Marborough, Massachusetts (Maine Bar #8934) was admitted to the Maine Bar on October 26, 1999 and is presently registered and in good standing with the Board of Overseers of the Bar as an active practitioner.

   In response to written request, the Board's records further indicate the following disciplinary record information:

| | |
|---|---|
| Reprimands: | None |
| Suspensions: | None |
| Disbarments: | None |

Dated at Augusta, County of Kennebec, State of Maine on January 7, 2008.

Linda J. Hapworth, Registration Secretary



Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, ) <br> Mitsubishi Tanabe Pharma Corporation, ) <br> Encysive Pharmaceuticals Inc., SmithKline ) <br> Beecham plc and SmithKlineBeecham Corp. ) <br> d/b/a GlaxoSmithKline, ) <br><br> Plaintiffs, ) <br><br> v.  ) <br><br> Barr Laboratories, Inc., ) <br><br> Defendant.  ) | Civil Action No. 07 CV 11614 <br><br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE OF** <br> **CHRISTOPHER P. SILVA ON** <br> **WRITTEN MOTION** |

Upon the motion of Anthony J. Viola, attorney for Plaintiffs Mitsubishi Chemical Corporation

and Mitsubishi Tanabe Pharma Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

       Christopher P. Silva
       Edwards Angell Palmer & Dodge LLP
       111 Huntington Avenue
       Boston, MA  02199
       617-951-3387
       617-227-4420
       csilva@eapdlaw.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Mitsubishi Chemical Corporation

and Mistubishi Tanabe Pharma Corporation in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing before this Court

are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of Court.

Dated: _____ ___, 2008
      New York, NY

                                    _____
                                    United States District/Magistrate Judge

BOS_610818_1.DOC

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF NEW YORK           )

        Glenn M. Huzinec, being duly sworn deposes and says: I am over 18 years of age,

and I am not a party to the within action, and I am employed by Edwards Angell Palmer &

Dodge LLP.  On the 1st day of February, 2008, I served the within Motion  to Admit Counsel

Pro Hac Vice.  By depositing true and exact copies of the mentioned documents, enclosed in a

post-paid properly addressed envelope, in an official depository under the exclusive care and

custody of the United States Postal Service within the State of New York.

                                    Glenn M. Huzinec

Sworn to before me this
1st day of  February, 2008

_____
        Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20__9