Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline, | Civil Action No. 07 CV 11614 |
| Plaintiffs, | **UNOPPOSED MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| v. | |
| Barr Laboratories, Inc., | |
| Defendant. | |

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Anthony J. Viola, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Barbara L. Moore
        Edwards Angell Palmer & Dodge LLP
        111 Huntington Avenue
        Boston, MA  02199
        (617) 951-3370
        (617) 227-4420

Barbara L. Moore is a member in good standing of the Bar of the Commonwealth of

Massachusetts.  To my knowledge there are no pending disciplinary proceedings against Barbara

L. Moore in any State or Federal court.

Dated: ~~January~~ Febru 1, 2008
        New York, NY

Respectfully submitted,

Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

BOS_610511_1.DOC

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
 Mitsubishi Chemical Corporation and
 Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline, <br><br>                 Plaintiffs, <br><br>         v. <br><br>Barr Laboratories, Inc., <br><br>                 Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07 CV 11614 <br><br>**AFFIDAVIT OF ANTHONY J. VIOLA IN SUPPORT OF MOTION TO ADMIT BARBARA L. MOORE PRO HAC VICE** |

Anthony J. Viola, being duly sworn hereby deposes and says as follows:

      1.    I am a member of the firm of Edwards Angell Palmer & Dodge LLP, and am counsel for Plaintiffs Mitsubishi Chemical Corp. and Mitsubishi Tanabe Pharma Corp. (collectively, "Mitsubishi") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts as set forth herein, and in support of the Mitsubishi Plaintiffs' motion pursuant to S.D.N.Y. Civ. R. 1.3(c) to admit Barbara L. Moore as counsel pro hac vice to represent them in this matter.

      2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York in 1988. I was also admitted to the bar of this Court in 1989, and am in good standing with this Court.

      3.    I have been a colleague of the applicant for several years. I know that she observes the highest standards of professionalism and of ethical conduct.

4.    Ms. Moore is also a member of the firm of Edwards Angell Palmer & Dodge LLP in Boston, Massachusetts.  She has specialized legal and/or technical skills which are pertinent to this patent infringement case.

5.    Attached hereto as Exhibit A is a Certificate of Good Standing issued within the past 30 days by the Commonwealth of Massachusetts.

6.    Accordingly, I am pleased to move the admission of Barbara L. Moore, pro hac vice.

7.    I have conferred with opposing counsel, and opposing counsel has represented to me that he consents to the relief requested by this motion.

8.    I respectfully submit a proposed order granting the admission of Barbara L. Moore, pro hac vice, which is attached hereto as Exhibit B.

Dated: ~~January~~ February 1, 2008
New York, NY

Anthony J. Viola

SWORN TO BEFORE ME
THIS 1st DAY OF FEBRUARY, 2008.

ANGELA A. TROFI
Notary Public, State of New York
No. 01TR5065603
Qualified in Queens County
Commission Expires Sept. 9, 20 10

- 2 -

BOS_610810_1.DOC

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **December** A.D. **1978** , said Court being the highest Court of Record in said Commonwealth:

## Barbara L. Moore

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **January** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Barr Laboratories, Inc.,<br><br>                    Defendant. | Civil Action No. 07 CV 11614<br><br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE OF<br>BARBARA L. MOORE ON<br>WRITTEN MOTION** |

Upon the motion of Anthony J. Viola, attorney for Plaintiffs Mitsubishi Chemical Corporation

and Mitsubishi Tanabe Pharma Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Barbara L. Moore
        Edwards Angell Palmer & Dodge LLP
        111 Huntington Avenue
        Boston, MA  02199
        617-951-3370
        617-227-4420
        bmoore@eapdlaw.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Mitsubishi Chemical Corporation

and Mistubishi Tanabe Pharma Corporation in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008
         New York, NY


                                        _____
                                        United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

Glenn M. Huzinec, being duly sworn deposes and says: I am over 18 years of age, and I am not a party to the within action, and I am employed by Edwards Angell Palmer & Dodge LLP.  On the 1st day of February, 2008, I served the within Motion  to Admit Counsel Pro Hac Vice.  By depositing true and exact copies of the mentioned documents, enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Glenn M. Huzinec

Sworn to before me this
1st day of  February, 2008

Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20___ 9