Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>                        Plaintiffs,<br><br>                       v.<br><br>Barr Laboratories, Inc.,<br><br>                        Defendant. | Civil Action No. 07 CV 11614<br><br>**UNOPPOSED<br>MOTION TO ADMIT<br>COUNSEL<br>PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anthony J. Viola, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

David G. Conlin
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 517-5515
(617) 227-4420

- 2 -

David G. Conlin is a member in good standing of the Bar of the States of Massachusetts and Virginia. To my knowledge there are no pending disciplinary proceedings against David G. Conlin in any State or Federal court.

Dated: ~~January~~ February 1, 2008
New York, NY

> Respectfully submitted,
>
> /s/ Anthony J. Viola
> Anthony J. Viola
> EDWARDS ANGELL PALMER & DODGE LLP
> 750 Lexington Avenue
> New York, NY 10022
> (212) 308-4411

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Barr Laboratories, Inc.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 07 CV 11614<br><br>**AFFIDAVIT OF ANTHONY J. VIOLA IN SUPPORT OF MOTION TO ADMIT DAVID G. CONLIN PRO HAC VICE** |

Anthony J. Viola, being duly sworn hereby deposes and says as follows:

1.　I am a member of the firm of Edwards Angell Palmer & Dodge LLP, and am counsel for Plaintiffs Mitsubishi Chemical Corp. and Mitsubishi Tanabe Pharma Corp. (collectively, "Mitsubishi") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts as set forth herein, and in support of the Mitsubishi Plaintiffs' motion pursuant to S.D.N.Y. Civ. R. 1.3(c) to admit David G. Conlin as counsel pro hac vice to represent them in this matter.

2.　I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York in 1988. I was also admitted to the bar of this Court in 1989, and am in good standing with this Court.

3.　I have been a colleague of the applicant for several years. I know that he observes the highest standards of professionalism and of ethical conduct.

- 2 -

    4.    Mr. Conlin is also a member of the firm of Edwards Angell Palmer & Dodge LLP in Boston, Massachusetts. He has specialized legal and/or technical skills which are pertinent to this patent infringement case.

    5.    Attached hereto as Exhibit A are Certificates of Good Standing issued within the past 30 days by each state in which Mr. Conlin is admitted to the bar.

    6.    Accordingly, I am pleased to move the admission of David G. Conlin, pro hac vice.

    7.    I have conferred with opposing counsel, and opposing counsel has represented to me that he consents to the relief requested by this motion.

    8.    I respectfully submit a proposed order granting the admission of David G. Conlin, pro hac vice, which is attached hereto as Exhibit B.

Dated: February 1, 2008
New York, NY

                                                                    Anthony J. Viola

SWORN TO BEFORE ME
THIS 1ST DAY OF FEBRUARY, 2008.

ANGELA A. TROFI
Notary Public, State of New York
No. 01TR5065603
Qualified in Queens County
Commission Expires Sept. 9, 20 10

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **June** A.D. **1974**, said Court being the highest Court of Record in said Commonwealth:

## David Giles Conlin

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **January** in the year of our Lord **two thousand and eight**.



MAURA S. DOYLE, Clerk



---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Karen A. Gould
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

*January 7, 2008*

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DAVID G. CONLIN** IS AN ASSOCIATE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. CONLIN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 9, 1971**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Karen A. Gould*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline,<br><br>                Plaintiffs,<br><br>    v.<br><br>Barr Laboratories, Inc.,<br><br>                Defendant. | Civil Action No. 07 CV 11614<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF DAVID G. CONLIN ON WRITTEN MOTION** |

Upon the motion of Anthony J. Viola, attorney for Plaintiffs Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    David G. Conlin
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA  02199
    617-517-5515
    617-227-4420
    dconlin@eapdlaw.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Mitsubishi Chemical Corporation and Mistubishi Tanabe Pharma Corporation in the above captioned case in the United States

- 2 -

District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008
      New York, NY

                                                      _____
                                                     United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK             )
                              )ss.:
COUNTY OF NEW YORK            )

      Glenn M. Huzinec, being duly sworn deposes and says: I am over 18 years of age, and I am not a party to the within action, and I am employed by Edwards Angell Palmer & Dodge LLP. On the 1st day of February, 2008, I served the within Motion to Admit Counsel Pro Hac Vice. By depositing true and exact copies of the mentioned documents, enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Glenn M. Huzinec

Sworn to before me this
1st day of February, 2008

_____
Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 2009