Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>                Plaintiffs,<br><br>     v.<br><br>Barr Laboratories, Inc.,<br><br>                Defendant. | Civil Action No. 07 CV 11614<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE OF<br>CHRISTOPHER P. SILVA ON<br>WRITTEN MOTION** |

Upon the motion of Anthony J. Viola, attorney for Plaintiffs Mitsubishi Chemical Corporation

and Mitsubishi Tanabe Pharma Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Christopher P. Silva
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA 02199
    617-951-3387
    617-227-4420
    csilva@eapdlaw.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Mitsubishi Chemical Corporation

and Mistubishi Tanabe Pharma Corporation in the above captioned case in the United States

- 2 -

District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ___2/13___, 2008
New York, NY

_____
United States District/~~Magistrate~~ Judge