SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mitsubishi Chemical Corporation,
Mitsubishi Tanabe Pharma Corporation,
Encysive Pharmaceuticals
Inc., SmithKline Beecham plc
and SmithKline Beecham Corp.
d/b/a GlaxoSmithKline,
Plaintiff,

- against -

Barr Laboratories, Inc.,
Defendant.

1:07 cv 11614 (JGK)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert J. Gunther, Jr. a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Lisa J. Pirozzolo
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 60 State Street
City/State/Zip: Boston, MA 02109
Phone Number: (617) 526-6000
Fax Number: (617) 526-5000

Lisa J. Pirozzolo is a member in good standing of the Bar of the States of Massachusetts.

There are no pending disciplinary proceeding against Lisa J. Pirozzolo in any State or Federal court.

Dated: February 5, 2008
City, State: New York, NY

Respectfully submitted,

/s/ Robert J. Gunther

Sponsor's
SDNY Bar 1967652
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 399 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number: (212) 230-8800
Fax Number: (212) 230-8888

*U.S. DISTRICT COURT FILED FEB 11 2008 S.D. OF N.Y.*

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

Mitsubishi Chemical Corporation,
Mitsubishi Tanabe Pharma Corporation,
Encysive Pharmaceuticals Inc., SmithKline Beecham plc
and SmithKline Beecham Corp. d/b/a GlaxoSmithKline,

                Plaintiffs,

– against –

Barr Laboratories, Inc.,

                Defendant.

---

1:07cv11614 (JGK)

AFFIDAVIT OF ROBERT J. GUNTHER, JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Robert J. Gunther, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiffs Mitsubishi Chemical Corporation, SmithKline Beecham plc, and SmithKline Beecham Corp. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of said Plaintiffs' motion to admit Lisa J. Pirozzolo as counsel pro hac vice to represent said Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 27, 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lisa J. Pirozzolo since 2006.

4. Ms. Pirozzolo is a partner at Wilmer Cutler Pickering Hale and Dorr LLP, in Boston, Massachusetts.

5. I have found Ms. Pirozzolo to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Lisa J. Pirozzolo, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Lisa J. Pirozzolo, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lisa J. Pirozzolo, pro hac vice, to represent said Plaintiffs in the above captioned matter, be granted.

Dated: February 5, 2008

City, State: New York, NY

Notarized:

Sworn to before me this 5th day of February, 2008

*Mary Ann Gagliardi*

Respectfully submitted,

_____
Name of Movant: Robert J. Gunther, Jr.
SDNY Bar Code: 1967652

USIDOCS 6539942v1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1992**, said Court being the highest Court of Record in said Commonwealth:

## Lisa Pirozzolo

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **January** in the year of our Lord **two thousand and eight**.

*(signature)*
MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals, Inc., SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a GlaxoSmithKline,

Plaintiff,

1:07 cv 11614 ( JGK )

- against -

Barr Laboratories, Inc.,

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Robert J. Gunther, Jr. attorney for Mitsubishi Chemical Corporation, SmithKline Beecham plc, and SmithKline Beecham Corp.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lisa J. Pirozzolo |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State/Zip: | Boston, MA 02109 |
| Telephone/Fax: | (617) 526-6000 / (617) 526-5000 |
| Email Address: | lisa.pirozzolo@wilmerhale.com |

is admitted to practice pro hac vice as counsel for Mitsubishi Chemical Corporation, SmithKline Beecham plc, and SmithKline Beecham Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

    I, Rachel I. Gurvich, certify that, on February 11, 2008, a copy of the Motion to Admit Counsel Pro Hac Vice for Lisa J. Pirozzolo, Order for Admission Pro Hac Vice on Written Motion, and Affidavit of Robert J. Gunther, Jr. in Support of Motion to Admit Counsel Pro Hac Vice were served by regular mail on the following counsel of record:

        Thomas John Meloro, Jr.
        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, NY 10019

                                      */s/ Rachel I. Gurvich*
                                      Rachel I. Gurvich