SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Mitsubishi Chemical Corporation,
Mitsubishi Tanabe Pharma
Corporation, Encysive Pharmaceuticals
Inc., SmithKline Beecham plc and
SmithKline Beecham Corp. d/b/a
GlaxoSmithKline,

Plaintiff,

- against -

Barr Laboratories, Inc.,

Defendant.

1:07 cv 11614    ( JGK )

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Robert J. Gunther, Jr. attorney for  Mitsubishi Chemical Corporation, SmithKline Beecham plc, and SmithKline Beecham Corp.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lisa J. Pirozzolo |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State/Zip: | Boston, MA 02109 |
| Telephone/Fax: | (617) 526-6000 / (617) 526-5000 |
| Email Address: | lisa.pirozzolo@wilmerhale.com |

is admitted to practice pro hac vice as counsel for  Mitsubishi Chemical Corporation, SmithKline Beecham plc, and SmithKline Beecham Corp.  in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:  New York, NY
2/21/08

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $                    SDNY RECEIPT#

SDNY Form Web 10/2006