SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a GlaxoSmithKline,

    Plaintiff,

- against -

Barr Laboratories, Inc.,    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

1:07 cv 11614     ( JGK )

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Robert J. Gunther, Jr. attorney for Mitsubishi Chemical Corporation, SmithKline Beecham plc and SmithKline Beecham Corp.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gregory P. Teran |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State/Zip: | Boston, MA 02109 |
| Telephone/Fax: | (617) 526-6000 / (617) 526-5000 |
| Email Address: | gregory.teran@wilmerhale.com |

is admitted to practice pro hac vice as counsel for Mitsubishi Chemical Corporation, SmithKline Beecham plc, and SmithKline Beecham Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY
2/21/08

_____
United States District/Magistrate Judge