USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUBISHI CHEMICAL CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, ENCYSIVE PHARMACEUTICALS INC., SMITHKLINE BEECHAM PLC AND SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITHKLINE, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 1:07-CV-11614-JGK <br><br> **Electronically Filed** <br><br> **STIPULATION AND PROPOSED ORDER** |

It is hereby stipulated and agreed by counsel for Plaintiffs SmithklineBeecham PLC and SmithklineBeecham (together "Plaintiffs") and counsel for Defendant Barr Laboratories, Inc. ("Barr") and counsel for PLIVA-Hrvatska d.o.o. ("PLIVA") that:

WHEREAS, by letter dated November 16, 2007 (with certain attachments) counsel for Barr advised that the Food and Drug Administration ("FDA") had received an ANDA 79-238 from Barr;

WHEREAS, in reliance thereon Plaintiffs commenced this action within a 45-day period;

WHEREAS, by letter dated January 15, 2008 (with certain attachments) counsel for Barr advised that the name of the applicant identified in ANDA 79-238 was PLIVA and that Barr is identified in the ANDA as the authorized agent of PLIVA; and

WHEREAS, Barr has filed an answer with a counterclaim.

NOW THEREFORE, in order to efficiently resolve certain issues arising from the matters described above, Plainatiffs, Barr and PLIVA, through their undersigned counsel, hereby stipulate and agree as follows:

(1) Plaintiffs may file an amended complaint on or before February 21, 2008.

(2) Barr and PLIVA (assuming it is named as a defendant in the amended complaint) shall answer or move with respect to the amended complaint on or before March 12, 2008.

(3) Willkie Farr & Gallagher LLP is authorized by Barr and PLIVA to accept, and hereby agrees to accept, service of an amended complaint on their behalf.

Dated:   New York, N.Y.
         February __, 2008

Respectfully submitted,

_____ (sgd)
Thomas J. Meloro, Esq.
Diane C. Ragosa, Esq.
Heather M. Schneider, Esq.

WILLKIE FARR & GALLAGHER LLP
*Attorneys for Defendant Barr Laboratories, Inc. and Non-Party PLIVA-Hrvatska d.o.o.*
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000 Telephone
(212) 728-8111 Facsimile
TMeloro@willkie.com

_____ (sgd)
Robert J. Gunther, Jr.
WILMER, CUTLER, PICKERING, HALE AND DORR LLP
*Attorneys for Plaintiffs SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a GlaxoSmithKline*
399 Park Avenue
New York, NY 1022
(212) 230-8800
'robert.gunther@wilmerhale.com'

**SO ORDERED:**

_____

2/25/08