UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUBISHI CHEMICAL CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, ENCYSIVE PHARMACEUTICALS INC., SMITHKLINE BEECHAM PLC AND SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Index No. 07-cv-11614-JGK<br><br>Electronically Filed<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK )

GLENN M. HUZINEC, being duly sworn, deposes and says:

I am over the age of 18 and not a party to this action. On the 21st day of February, 2008 I served the First Amended Complaint upon:

        Thomas J. Meloro, Esq.
        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, NY  10019-6099

by personally delivering a true copy of the above mentioned document to Thomas J. Meloro, Esq. at WILLKIE FARR & GALLAGHER LLP at the above address and leaving said copies with a person in charge of the office.

_____
GLENN M. HUZINEC

Sworn to before me this
21st day of February, 2008

_____
Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20___