**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUBISHI CHEMICAL CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, ENCYSIVE PHARMACEUTICALS INC., GLAXO GROUP LIMITED AND SMITHKLINE BEECHAM PLC<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC. AND PLIVA-HRVATSKA D.O.O.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-CV-11614-JGK<br>)<br>)  **Electronically Filed**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' REVISED RULE 7.1 DISCLOSURE**

Defendants Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o. make the following revised disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendants Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o. are wholly owned subsidiaries of Barr Pharmaceuticals, Inc. Barr Pharmaceuticals, Inc. is publicly traded on the New York Stock Exchange. No publicly held corporation is believed to own 10% or more of the stock of Barr Pharmaceuticals, Inc.

Dated: New York, N.Y.
　　　　March 12, 2008

- 2 -

    s/ Thomas J. Meloro
Thomas J. Meloro, Esq.
Diane C. Ragosa, Esq.
Heather M. Schneider, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000 Telephone
(212) 728-8111 Facsimile
TMeloro@willkie.com

*Attorneys for Defendants Barr Laboratories, Inc.*
*And Pliva-Hrvatska d.o.o.*