USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., Glaxo Group Limited, and SmithKline Beecham plc, | ) ) ) ) ) | Civil Action No. 07 CV 11614 **Electronically Filed** |
| Plaintiffs, | ) ) | Hon. Judge Koeltl |
| v. | ) ) ) | [~~PROPOSED~~] ORDER **GRANTING MOTION FOR** |
| Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o. | ) ) ) | **LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| Defendants. | ) ) ) | |

Plaintiffs Glaxo Group Limited's and SmithKline Beecham plc's (together "Plaintiffs")

Motion for Leave to File a Second Amended Complaint came before this Court, and having read

and considered the motion and the supporting documents thereto, and any opposition and

supporting documents filed thereto, the Court GRANTS the Motion.

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Leave to File a Second

*Complaint*

Amended is GRANTED[~ *without prejudice to any defenses to*

*defendants may*

IT IS FURTHER ORDERED THAT the Second Amended Complaint attached as Exhibit

A to Plaintiffs' Notice of Motion and Motion for Leave to File a Second Amended Complaint is

deemed filed and served.

*The defendants time to move or answer is*

*extended to April 4, 2008.*

IT IS, on this ___24___ day of ___March___, 2008,

ORDERED THAT the motion be, and is hereby GRANTED.