# Edwards Angell Palmer & Dodge LLP

750 Lexington Avenue  New York, NY  10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com

Kathleen B. Carr
617.951.3326
*fax* 888.325.9143
kcarr@eapdlaw.com

April 14, 2008

**BY HAND**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, NY  10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

Re:  *Mitsubishi Chemical Corporation, et al. v. Barr Laboratories, Inc., et al.*
     U.S.D.C. for the Southern District of New York Civil Action No. 07-cv-11614

Dear Judge Koeltl:

Further to the March 28th revised joint report and March 29th Order in this case, pursuant to which the parties had indicated that they would engage in a good faith effort to submit a joint proposed protective order on or before April 14, 2008, the parties wish to advise the Court that they are still working on a mutually agreeable joint proposed protective order. The parties hereby request that they be allowed a brief additional period of time, up to and including April 25, 2008, in which to submit their joint proposed protective order. The parties have conferred and there are no objections to this request for extension of time.

Respectfully submitted,

Kathleen B. Carr
*Attorney for Plaintiffs*
      *Mitsubishi Chemical Corporation and*
      *Mitsubishi Tanabe Pharma Corporation*
cc:   All Counsel of Record

APPLICATION GRANTED
SO ORDERED

4/17/08

J. Koeltl, U.S.D.J.

BOS 619915.1