Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITSUBISHI CHEMICAL CORPORATION,          :
MITSUBISHI TANABE PHARMA                   :
CORPORATION, ENCYSIVE                       :          Case No. 07 CIV 11614 (JGK)
PHARMACEUTICALS INC., GLAXO GROUP          :
LIMITED, SMITHKLINE BEECHAM PLC, and       :
SMITHKLINEBEECHAM CORP. d/b/a               :
GLAXOSMITHKLINE,                            :
                                            :
                     Plaintiffs,            :          **UNOPPOSED MOTION
                                            :          TO ADMIT COUNSEL
          v.                                :          PRO HAC VICE**
                                            :
BARR LABORATORIES, INC. and                 :
PLIVA-HRVATSKA D.O.O.,                       :
                                            :
                     Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 1.3(c) of the Local Rules of the Untied States District Courts for the

Southern and Eastern District of New York, I, Daniel E. Shaw, a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

          Martin L. Katz
          Wood, Phillips, Katz, Clark & Mortimer
          500 West Madison Street
          Suite 3800
          Chicago, Illinois  60661-2562
          Tel:  (312) 876-1800
          Fax:  (312) 876-2020

{00037986}

Martin L. Katz is a member in good standing of the Bar of the State of Illinois and of the District

of Columbia. To my knowledge there are no pending disciplinary proceedings against Martin L.

Katz in any State or Federal court.

Dated: New York, New York

      April 22, 2008

                              Respectfully submitted,


                              SCHINDLER COHEN & HOCHMAN LLP

                              By: _____
                                      Daniel E. Shaw (DS 8129)

                              100 Wall Street, 15th Floor
                              New York, New York  10005
                              Tel:  (212) 277-6300
                              Fax:  (212) 277-6333

                              *Attorneys for Plaintiff Encysive*
                              *Pharmaceuticals Inc.*

Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITSUBISHI CHEMICAL CORPORATION,  :
MITSUBISHI TANABE PHARMA          :
CORPORATION, ENCYSIVE             :      Case No. 07 CIV 11614 (JGK)
PHARMACEUTICALS INC., GLAXO GROUP :
LIMITED, SMITHKLINE BEECHAM PLC, and :
SMITHKLINEBEECHAM CORP. d/b/a     :
GLAXOSMITHKLINE,                  :      **AFFIDAVIT OF DANIEL**
                                  :      **E. SHAW IN SUPPORT**
                Plaintiffs,       :      **OF MOTION TO ADMIT**
                                  :      **MARTIN L. KATZ**
        v.                        :      **PRO HAC VICE_____**
                                  :
BARR LABORATORIES, INC. and       :
PLIVA-HRVATSKA D.O.O.,            :
                                  :
                Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL E. SHAW, being duly sworn hereby deposes and says as follows:

1.    I am associated with the firm of Schindler Cohen & Hochman LLP, and am

counsel for Plaintiff Encysive Pharmaceuticals Inc. ("Encysive") in the above-captioned action.

I am familiar with the proceedings in this case. I make this statement based on my personal

knowledge of the facts as set forth herein, and in support of Encysive's motion pursuant to

S.D.N.Y. Civ. R. 1.3(c) to admit Martin L. Katz as counsel pro hac vice to represent it in this

matter.

{00037988}

2.      I am a member in good standing of the bar of the State of New York and was

admitted to practice law in New York in 2004.  I was also admitted to the bar of this Court in

2004, and am in good standing with this Court.

3.      I have known the applicant since December 2007.  I know that he observes the

highest standards of professionalism and of ethical conduct.

4.      Mr. Katz is a member of the firm of Wood, Phillips, Katz, Clark & Mortimer in

Chicago, Illinois.  He has specialized legal and/or technical skills which are pertinent to this

patent infringement case.

5.      Attached hereto as Exhibit A are Certificates of Good Standing issued within the

past 30 days by each state in which Mr. Katz is admitted to the bar.

6.      Accordingly, I am pleased to move the admission of Martin L. Katz, pro hac vice.

7.      I have conferred with opposing counsel, and opposing counsel has represented to

me that they consent to the relief requested by this motion.

8.      I respectfully submit a Proposed Order granting the admission of Martin L. Katz,

pro hac vice, which is attached hereto as Exhibit B.


Dated: New York, New York
       April 22, 2008

_____
                 Daniel E. Shaw (DS 8129)


Sworn to before me this
22nd day of April, 2008.

_____
NOTARY PUBLIC
JONATHAN L. HOCHMAN
NOTARY PUBLIC, State of New York
No. 02HO5064418
Qualified in New York County
Commission Expires Aug. 19, 2010

- 2 -

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Martin L. Katz

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 7, 1987 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, March 28, 2008.

*Juleann Hornyak*

Clerk



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C.   20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARTIN L. KATZ

was on the    19TH    day of    FEBRUARY, 1969

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_____
                    Deputy Clerk

EXHIBIT B

Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITSUBISHI CHEMICAL CORPORATION,          :
MITSUBISHI TANABE PHARMA                   :
CORPORATION, ENCYSIVE                      :          Case No. 07 CIV 11614 (JGK)
PHARMACEUTICALS INC., GLAXO GROUP          :
LIMITED, SMITHKLINE BEECHAM PLC, and       :
SMITHKLINEBEECHAM CORP. d/b/a              :
GLAXOSMITHKLINE,                           :
                                           :
                        Plaintiffs,        :          **ORDER FOR ADMISSION**
                                           :          **PRO HAC VICE OF**
            v.                             :          **MARTIN L. KATZ**
                                           :          **ON WRITTEN MOTION**
                                           :
BARR LABORATORIES, INC. and                :
PLIVA-HRVATSKA D.O.O.,                     :
                                           :
                        Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the motion of Daniel E. Shaw, attorney for Encysive Pharmaceuticals Inc., and said

sponsor attorney's affidavit in support;

        **IT IS HEREBY ORDERED** that

                Martin L. Katz
                Wood, Phillips, Katz, Clark & Mortimer
                500 West Madison Street
                Suite 3800
                Chicago, Illinois  60661-2562
                Tel:  (312) 876-1800
                Fax:  (312) 876-2020

is admitted to practice pro hac vice as counsel for Plaintiff Encysive Pharmaceuticals Inc. in the

above-captioned action in the United States District Court for the Southern District of New York.

{00037989}

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      April __, 2008

 

_____
        United States District Judge

## CERTIFICATE OF SERVICE

I, Daniel E. Shaw, an attorney, hereby certify that I caused a true copy of the within *Unopposed Motion to Admit Counsel Pro Hac Vice*, on behalf of Martin L. Katz, Esq., dated April 22, 2008, to be served this 22nd day of April, 2008 upon the following:

Kathleen B. Carr
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

Lisa J. Pirozzolo
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

Thomas J. Meloro
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

by U.S. mail.

Daniel E. Shaw

{00037986}