Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITSUBISHI CHEMICAL CORPORATION,　　:
MITSUBISHI TANABE PHARMA　　　　　　:
CORPORATION, ENCYSIVE　　　　　　　　:　　　　Case No. 07 CIV 11614 (JGK)
PHARMACEUTICALS INC., GLAXO GROUP　:
LIMITED, SMITHKLINE BEECHAM PLC, and　:
SMITHKLINEBEECHAM CORP. d/b/a　　　　:
GLAXOSMITHKLINE,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs,　　:　　**UNOPPOSED MOTION**
　　　　　　　　　　　　　　　　　　:　　**TO ADMIT COUNSEL**
　　　　v.　　　　　　　　　　　　　:　　**PRO HAC VICE**
　　　　　　　　　　　　　　　　　　:
BARR LABORATORIES, INC. and　　　　　:
PLIVA-HRVATSKA D.O.O.,　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 1.3(c) of the Local Rules of the Untied States District Courts for the

Southern and Eastern District of New York, I, Daniel E. Shaw, a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Jeffrey M. Drake
Wood, Phillips, Katz, Clark & Mortimer
500 West Madison Street
Suite 3800
Chicago, Illinois 60661-2562
Tel: (312) 876-1800
Fax: (312) 876-2020

{00037996}

Jeffrey M. Drake is a member in good standing of the Bar of the State of Illinois.  To my

knowledge there are no pending disciplinary proceedings against Jeffrey M. Drake in any State

or Federal court.

Dated: New York, New York

　　　　April 22, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　SCHINDLER COHEN & HOCHMAN LLP


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Daniel E. Shaw (DS 8129)

　　　　　　　　　　　　　　　　　　　　100 Wall Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York  10005
　　　　　　　　　　　　　　　　　　　　Tel:  (212) 277-6300
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 277-6333

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Encysive
　　　　　　　　　　　　　　　　　　　　Pharmaceuticals Inc.*

Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITSUBISHI CHEMICAL CORPORATION,      :
MITSUBISHI TANABE PHARMA              :
CORPORATION, ENCYSIVE                 :      Case No. 07 CIV 11614 (JGK)
PHARMACEUTICALS INC., GLAXO GROUP     :
LIMITED, SMITHKLINE BEECHAM PLC, and  :
SMITHKLINEBEECHAM CORP. d/b/a         :
GLAXOSMITHKLINE,                      :
                                      :      **AFFIDAVIT OF DANIEL**
                                      :      **E. SHAW IN SUPPORT**
                    Plaintiffs,       :      **OF MOTION TO ADMIT**
                                      :      **JEFFREY M. DRAKE**
             v.                       :      **PRO HAC VICE_____**
                                      :
                                      :
BARR LABORATORIES, INC. and           :
PLIVA-HRVATSKA D.O.O.,                 :
                                      :
                    Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x


DANIEL E. SHAW, being duly sworn hereby deposes and says as follows:

     1.    I am associated with the firm of Schindler Cohen & Hochman LLP, and am

counsel for Plaintiff Encysive Pharmaceuticals Inc. ("Encysive") in the above-captioned action.

I am familiar with the proceedings in this case.  I make this statement based on my personal

knowledge of the facts as set forth herein, and in support of Encysive's motion pursuant to

S.D.N.Y. Civ. R. 1.3(c) to admit Jeffrey M. Drake as counsel pro hac vice to represent it in this

matter.

{00037997}

2.      I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York in 2004.  I was also admitted to the bar of this Court in 2004, and am in good standing with this Court.

3.      I have known the applicant since March 2008.  I know that he observes the highest standards of professionalism and of ethical conduct.

4.      Mr. Drake is associated with the firm of Wood, Phillips, Katz, Clark & Mortimer in Chicago, Illinois.  He has specialized legal and/or technical skills which are pertinent to this patent infringement case.

5.      Attached hereto as Exhibit A are Certificates of Good Standing issued within the past 30 days by each state in which Mr. Drake is admitted to the bar.

6.      Accordingly, I am pleased to move the admission of Jeffrey M. Drake, pro hac vice.

7.      I have conferred with opposing counsel, and opposing counsel has represented to me that they consent to the relief requested by this motion.

8.      I respectfully submit a Proposed Order granting the admission of Jeffrey M. Drake, pro hac vice, which is attached hereto as Exhibit B.

Dated: New York, New York
       April 22, 2008

_____
       Daniel E. Shaw (DS 8129)

Sworn to before me this
22nd day of April, 2008.

_____
NOTARY PUBLIC

JONATHAN L. HOCHMAN
NOTARY PUBLIC, State of New York
No. 02HO5064418
{0000Qualified in New York County
Commission Expires Aug. 19, 20__

- 2 -

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jeffrey Mark Drake

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 2003 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, March 28, 2008.

*Juleann Hornyak*

Clerk

# EXHIBIT B

Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITSUBISHI CHEMICAL CORPORATION,            :
MITSUBISHI TANABE PHARMA                     :
CORPORATION, ENCYSIVE                        :        Case No. 07 CIV 11614 (JGK)
PHARMACEUTICALS INC., GLAXO GROUP            :
LIMITED, SMITHKLINE BEECHAM PLC, and         :
SMITHKLINEBEECHAM CORP. d/b/a                :
GLAXOSMITHKLINE,                             :
                                             :
                         Plaintiffs,         :        **ORDER FOR ADMISSION**
                                             :        **PRO HAC VICE OF**
                                             :        **JEFFREY M. DRAKE**
              v.                             :        **ON WRITTEN MOTION**
                                             :
BARR LABORATORIES, INC. and                  :
PLIVA-HRVATSKA D.O.O.,                        :
                                             :
                         Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the motion of Daniel E. Shaw, attorney for Encysive Pharmaceuticals Inc., and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jeffrey M. Drake
Wood, Phillips, Katz, Clark & Mortimer
500 West Madison Street
Suite 3800
Chicago, Illinois  60661-2562
Tel:  (312) 876-1800
Fax:  (312) 876-2020

is admitted to practice pro hac vice as counsel for Plaintiff Encysive Pharmaceuticals Inc. in the

above-captioned action in the United States District Court for the Southern District of New York.

{00037995}

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       April __, 2008


_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Daniel E. Shaw, an attorney, hereby certify that I caused a true copy of the within

*Unopposed Motion to Admit Counsel Pro Hac Vice*, on behalf of Jeffrey M. Drake, Esq., dated April

22, 2008, to be served this 22nd day of April, 2008 upon the following:

Kathleen B. Carr
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

Lisa J. Pirozzolo
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

Thomas J. Meloro
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

by U.S. mail.

Daniel E. Shaw

{00037996}