Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MITSUBISHI CHEMICAL CORPORATION,          :
MITSUBISHI TANABE PHARMA                  :
CORPORATION, ENCYSIVE                     :   Case No. 07 CIV 11614 (JGK)
PHARMACEUTICALS INC., GLAXO GROUP         :
LIMITED, SMITHKLINE BEECHAM PLC, and      :
SMITHKLINEBEECHAM CORP. d/b/a             :
GLAXOSMITHKLINE,                          :
                                          :
                                          :   ORDER FOR ADMISSION
                   Plaintiffs,            :   PRO HAC VICE OF
                                          :   MARTIN L. KATZ
          v.                              :   ON WRITTEN MOTION
                                          :
BARR LABORATORIES, INC. and               :
PLIVA-HRVATSKA D.O.O.,                    :
                                          :
                   Defendants.            :
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

    Upon the motion of Daniel E. Shaw, attorney for Encysive Pharmaceuticals Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Martin L. Katz
        Wood, Phillips, Katz, Clark & Mortimer
        500 West Madison Street
        Suite 3800
        Chicago, Illinois 60661-2562
        Tel: (312) 876-1800
        Fax: (312) 876-2020

is admitted to practice pro hac vice as counsel for Plaintiff Encysive Pharmaceuticals Inc. in the above-captioned action in the United States District Court for the Southern District of New York.

{00037989}

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      April 28, 2008

                                        _____
                                        United States District Judge