Daniel E. Shaw (DS 8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MITSUBISHI CHEMICAL CORPORATION,
MITSUBISHI TANABE PHARMA
CORPORATION, ENCYSIVE
PHARMACEUTICALS INC., GLAXO GROUP
LIMITED, SMITHKLINE BEECHAM PLC, and
SMITHKLINEBEECHAM CORP. d/b/a
GLAXOSMITHKLINE,

          Plaintiffs,

v.

BARR LABORATORIES, INC. and
PLIVA-HRVATSKA D.O.O.,

          Defendants.

------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

Case No. 07 CIV 11614 (JGK)

**ORDER FOR ADMISSION
PRO HAC VICE OF
JEFFREY M. DRAKE
ON WRITTEN MOTION**

      Upon the motion of Daniel E. Shaw, attorney for Encysive Pharmaceuticals Inc., and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that

          Jeffrey M. Drake
          Wood, Phillips, Katz, Clark & Mortimer
          500 West Madison Street
          Suite 3800
          Chicago, Illinois 60661-2562
          Tel: (312) 876-1800
          Fax: (312) 876-2020

is admitted to practice pro hac vice as counsel for Plaintiff Encysive Pharmaceuticals Inc. in the above-captioned action in the United States District Court for the Southern District of New York.

{00037995}

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       April 28, 2008

_____
United States District Judge