Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUBISHI CHEMICAL CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, ENCYSIVE PHARMACEUTICALS INC., GLAXO GROUP LIMITED, SMITHKLINE BEECHAM PLC, and SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITHKLINE,<br><br>        Plaintiffs,<br><br>  v.<br><br>BARR LABORATORIES, INC. and PLIVA-HRVATSKA D.O.O.,<br><br>        Defendants. | Civil Action No. 1:07-CV-11614-JGK<br><br>**NOTICE OF APPEARANCE**<br><br>*(Electronically Filed)* |

      Please enter the appearance of David Cotta of Edwards Angell Palmer & Dodge LLP in the above captioned matter on behalf of Plaintiffs Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma Corporation.

Dated: May 9, 2008                                              Respectfully submitted,

                                                                                        /s/ David Cotta
                                                                                        David Cotta (DC-9533)
                                                                                        EDWARDS ANGELL PALMER & DODGE LLP
                                                                                        111 Huntington Avenue
                                                                                        Boston, MA 02199
                                                                                        (617) 239.0373 (phone)
                                                                                        (617) 316.8362 (fax)