Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Barr Laboratories, Inc.,<br><br>　　　　　　　Defendant. | Civil Action No. 07 CV 11614<br><br>**UNOPPOSED MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anthony J. Viola, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

　　　　Adam P. Samansky
　　　　Edwards Angell Palmer & Dodge LLP
　　　　111 Huntington Avenue
　　　　Boston, MA  02199
　　　　(617) 517-5550

Adam P. Samansky is a member in good standing of the Bar of the Commonwealth of Massachusetts. To my knowledge there are no pending disciplinary proceedings against Adam P. Samansky in any State or Federal court.

BOS 625170.1

Dated: June 23, 2008
       New York, NY

                        Respectfully submitted,

                        */s/ Anthony J. Viola*
                        Anthony J. Viola
                        EDWARDS ANGELL PALMER & DODGE LLP
                        750 Lexington Avenue
                        New York, NY 10022
                        (212) 308-4411

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>                 Plaintiffs,<br><br>        v.<br><br>Barr Laboratories, Inc.,<br><br>                 Defendant. | Civil Action No. 07 CV 11614<br><br>**AFFIDAVIT OF ANTHONY J.**<br>**VIOLA IN SUPPORT OF**<br>**MOTION TO ADMIT**<br>**ADAM P. SAMANSKY**<br>**PRO HAC VICE** |

Anthony J. Viola, being duly sworn hereby deposes and says as follows:

     1.    I am a member of the firm of Edwards Angell Palmer & Dodge LLP, and am counsel for Plaintiffs Mitsubishi Chemical Corp. and Mitsubishi Tanabe Pharma Corp. (collectively, "Mitsubishi") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts as set forth herein, and in support of the Mitsubishi Plaintiffs' motion pursuant to S.D.N.Y. Civ. R. 1.3(c) to admit Adam P. Samansky as counsel pro hac vice to represent them in this matter.

     2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York in 1988. I was also admitted to the bar of this Court in 1989, and am in good standing with this Court.

     3.    I have been a colleague of the applicant for several years. I know that he observes the highest standards of professionalism and of ethical conduct.

BOS 625172.1

- 2 -

4. Mr. Samansky is an associate of the firm of Edwards Angell Palmer & Dodge LLP in Boston, Massachusetts. He has specialized legal and/or technical skills which are pertinent to this patent infringement case.

5. Attached hereto as Exhibit A is the Certificate of Good Standing issued within the past 30 days by the Commonwealth of Massachusetts, which Mr. Samansky is admitted to the bar.

6. Accordingly, I am pleased to move the admission of Adam P. Samansky, pro hac vice.

7. I have conferred with opposing counsel, and opposing counsel has represented to me that he consents to the relief requested by this motion.

8. I respectfully submit a proposed order granting the admission of Adam P. Samansky, pro hac vice, which is attached hereto as Exhibit B.

Dated: June 23, 2008
      New York, NY

                                                                   Anthony J. Viola

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

### Adam Phillip Samansky

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirtieth** day of May in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation,<br>Mitsubishi Tanabe Pharma Corporation,<br>Encysive Pharmaceuticals Inc., SmithKline<br>Beecham plc and SmithKlineBeecham Corp.<br>d/b/a GlaxoSmithKline,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Barr Laboratories, Inc.,<br><br>                    Defendant. | Civil Action No. 07 CV 11614<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE OF<br>ADAM P. SAMANSKY ON<br>WRITTEN MOTION** |

Upon the motion of Anthony J. Viola, attorney for Plaintiffs Mitsubishi Chemical Corporation

and Mitsubishi Tanabe Pharma Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Adam P. Samansky
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA  02199
    617-517-5550
    617-227-4420
    asamansky@eapdlaw.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Mitsubishi Chemical Corporation

and Mistubishi Tanabe Pharma Corporation in the above captioned case in the United States

BOS 625185.1

- 2 -

District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____ ___, 2008
      New York, NY

 

_____
United States District/Magistrate Judge

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK         )

Glenn M. Huzinec, being duly sworn deposes and says: I am over 18 years of age, and I am not a party to the within action, and I am employed by Edwards Angell Palmer & Dodge LLP. On the 24th day of June, 2008, I served the within Unopposed Motion to Admit Counsel Pro Hac Vice upon:

> WILLKIE FARR & GALLAGHER LLP
> 787 Seventh Avenue
> New York, NY  1019-6099
>
> SCHINDLER COHEN & HOCHMAN
> 100 Wall Street, 15th Floor
> New York, NY  10005
>
> WILMER, CUTLER, PICKERING,
> HALE AND DORR LLP
> 399 Park Avenue
> New York, NY  10022
>
> WOOD, PHILLIPS, KATZ, CLARK &
> MORTIMER
> Citicorp Center, Suite 3800
> 500 West Madison Street
> Chicago, IL  60661-2511
>
> WILMER, CUTLER, PICKERING,
> HALE AND DORR LLP
> 60 State Street
> Boston, MA  02109

NYC 296531.1
NYC 305542.1

by depositing true and exact copies of the above mentioned document, enclosed in post-paid properly addressed envelopes, into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Glenn M. Huzinec

Sworn to before me this
24th day of June, 2008

_____
Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20___

NYC 296531.1
NYC 305542.1