UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a Glaxo SmithKline,

Plaintiff,

-against-

Barr Laboratories, Inc.,

Defendant.

1:07 cv 11614 (JGK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert J. Gunther, Jr. a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Sadaf R. Abdullah
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 399 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number: 212-230-8800
Fax Number: 212-230-8888

Sadaf R. Abdullah is a member in good standing of the Bar of the States of Massachusetts and has applied for admission to the Bar of the State of New York

There are no pending disciplinary proceeding against in any State or Federal court.

Dated: August 18, 2008
City, State:

Respectfully submitted,

[signature]

Sponsor's
SDNY Bar 1967652
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 399 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number: 212-230-8800
Fax Number: 212-230-8888

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-seventh** day of **November** A.D. **2006**, said Court being the highest Court of Record in said Commonwealth:

## Sadaf R. Abdullah

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **July** in the year of our Lord **two thousand and eight.**

*MAURA S. DOYLE, Clerk*

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mitsubishi Chemical Corporation,
Mitsubishi Tanabe Pharma Corporation,
Encysive Pharmaceuticals Inc., SmithKline Beecham plc
and SmithKline Beecham Corp. d/b/a GlaxoSmithKline,

           Plaintiffs,

– against –

Barr Laboratories, Inc.,

           Defendant.

1:07cv11614 (JGK)

AFFIDAVIT OF ROBERT J. GUNTHER, JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

---

Robert J. Gunther, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiffs Glaxo Group Limited, SmithKline Beecham plc, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of said Plaintiffs' motion to admit Sadaf R. Abdullah as counsel pro hac vice to represent said Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 27, 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Sadaf R. Abdullah since 2007.

4. Ms. Abdullah is an Associate at Wilmer Cutler Pickering Hale and Dorr LLP, in New York, New York.

5. I have found Ms. Abdullah to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Sadaf R. Abdullah, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Sadaf R. Abdullah, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sadaf R. Abdullah, pro hac vice, to represent said Plaintiffs in the above captioned matter, be granted.

Dated: August 18, 2008

City, State: New York, NY

Notarized:

                                              Respectfully submitted,

                                              _____
                                              Name of Movant: Robert J. Gunther, Jr.
                                              SDNY Bar Code: 1967652

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a GlaxoSmithKline,

Plaintiff,

- against -

Barr Laboratories, Inc.,       Defendant.

1:07 CV 11614   (JGK)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Robert J. Gunther, Jr. attorney for SmithKline Beecham plc, and SmithKline Beecham Corp.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sadaf R. Abdullah |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 399 Park Avenue |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | 212-230-8800 / 212-230-8888 |
| Email Address: | sadaf.abdullah@wilmerhale.com |

is admitted to practice pro hac vice as counsel for SmithKline Beecham plc, and SmithKline Beecham Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 18, 2008
City, State: New York, NY

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I, _____ certify that, on August 18, 2008, a copy of the Motion to Admit Counsel Pro Hac Vice for Sadaf R. Abdullah, Order for Admission Pro Hac Vice on Written Motion, and Affidavit of Robert J. Gunther, Jr. in Support of Motion to Admit Counsel Pro Hac Vice were served by regular mail on the following counsel of record:

>Thomas John Meloro, Jr.
>Willkie Farr & Gallagher LLP
>787 Seventh Avenue
>New York, NY 10019

Name: _____

US1DOCS 6770200v1