# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., Glaxo Group Limited, SmithKline Beecham plc, and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline,<br><br>Plaintiffs,<br><br>v.<br><br>Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o.<br><br>Defendants. | Civil Action No. 07 CV 11614<br><br>Hon. Judge Koeltl<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 08/25/08 |

## NOTICE OF WITHDRAWAL OF RACHEL I. GURVICH

Please take notice that Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), by William Lee, Robert Gunther, Lisa Pirozzolo, Gregory Teran, and Rachel Gurvich, currently appears as counsel of record in the above-captioned matter for Plaintiffs Glaxo Group Limited, SmithKline Beecham plc, and SmithKlineBeecham Corp. d/b/a GlaxoSmithKline (collectively "GSK"). Please take further notice that as of August 8, 2008, Ms. Gurvich will be leaving the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and therefore will no longer have any association with this action. All other counsel who have entered appearances for GSK in this matter will remain as counsel of record for GSK. Further, on August 1, 2008, WilmerHale filed a Motion for Sadaf Abdullah to Appear Pro Hac Vice. The motion is currently *sub judice*.



Respectfully submitted,

*Rachel I. G____*
Rachel I. Gurvich (admitted *pro hac vice*)
WILMER, CUTLER, PICKERING,
HALE and DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
rachel.gurvich@wilmerhale.com

Dated: August 5, 2008

*[signature]*
Pat I
8/12/08

## CERTIFICATE OF SERVICE

I, Rachel I. Gurvich, an attorney at law admitted *pro hac vice* to practice before this Court, certify that on this 5th day of August, 2008, I caused to be served, by electronic mail and First Class Mail, the foregoing document to the following:

Thomas J. Meloro, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Kathleen B. Carr, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199

Daniel E. Shaw, Esq.
SCHINDLER COHEN & HOCHMAN
100 Wall St., 15th Floor
New York, NY 10005

Jeffrey M. Drake, Esq.
WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
Citicorp Center, Suite 3800
500 West Madison Street
Chicago, IL 60661-2511

_____
Rachel I. Gurvich

Dated: August 5, 2008