SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., SmithKline Beecham plc and SmithKline Beecham Corp. d/b/a GlaxoSmithKline,

Plaintiff,

- against -

Barr Laboratories, Inc., Defendant.

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

1:07 CV 11614 (JGK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Robert J. Gunther, Jr. attorney for SmithKline Beecham plc, and SmithKline Beecham Corp.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sadaf R. Abdullah |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 399 Park Avenue |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | 212-230-8800 / 212-230-8888 |
| Email Address: | sadaf.abdullah@wilmerhale.com |

is admitted to practice pro hac vice as counsel for SmithKline Beecham plc, and SmithKline Beecham Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 18, 2008
City, State: New York, NY

8/26/08

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006