UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

MITSUBISHI CHEMICAL CORP., ET AL.,

              Plaintiffs,        07 Civ. 11614 (JGK)

     - against -               ORDER

BARR LABORATORIES, INC., ET AL.,

              Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    Proposed findings of fact and conclusions of law, as well as the parties' initial post-trial briefs, are due **March 12, 2010**. Responses are due **March 22, 2010**.

SO ORDERED.

Dated:    New York, New York
          February 12, 2010

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/10