07cv-11614 (JGK)

OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

et No(s): 2010-1432     Caption: Mitsubishi Chemical v Barr Labs

Clerk is requested to tax the following costs against: Barr Laboratories, Inc. and Pliva-Hrvatska D.O.O., Defendants-Appellees

| ITEM | Number of Copies | Number of pages | Actual cost | Allowable cost | Total billed | To taxe |
|---|---|---|---|---|---|---|
| ceting Fee (if paid in this court) | XXXXX | XXXXX | N.A. | N.A. | N.A. | N.A. |
| e of Designated Materials (inal) | XXXXX | N.A. | N.A. | 6.00 | N.A. | N.A. |
| e of Compilation of Designated rials (copying and collating) | N.A. | N.A. | N.A. | 0.08 | N.A. | N.A. |
| (original) | | XXXXX | | 6.00 | | |
| (cover and binding) | | XXXXX | | 2.00 | | |
| (copying and collating) | | | | 0.08 | | |
| endix (original - table of ents) | | XXXXX | N.A. | 6.00 | N.A. | N.A. |
| endix (covers and binding) | N.A. | XXXXX | N.A. | 2.00 | N.A. | N.A. |
| endix (copying and collating) | N.A. | N.A. | N.A. | 0.08 | N.A. | N.A. |
| y Brief (original) | XXXXX | N.A. | N.A. | 6.00 | N.A. | N.A. |
| y Brief (covers and binding) | N.A. | XXXXX | N.A. | 2.00 | N.A. | N.A. |
| y Brief (copying and collating) | N.A. | N.A. | N.A. | 0.08 | N.A. | N.A. |
| r (describe): | **STIPULATED COSTS** | | | | **$646.28** | |
| AND TOTALS | | | | | $646.28 | 646.28 |

/County of ____Boston____ ) District/State of ____Massachusetts____ ) ss
David G. Conlin _____, swear under penalty of perjury that the services for which costs are taxed
e necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties.
certificate of service is attached.
ature: _____ Date: August 15, 2011 Attorney for: Mitsubishi Chemical Corporation and Mitsubishi
Tanabe Pharma Corporation, Plaintiffs-Appellees

**DOCKETED AS #11-1733**
**A JUDGMENT**
**ON 9/14/11**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
AUG 16 2011
JAN HORBALY
CLERK