Anthony J. Viola
Andre K. Cizmarik
EDWARDS WILDMAN PALMER LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| Mitsubishi Chemical Corporation, | ) | Civil Action No. 07 CV 11614 |
| Mitsubishi Tanabe Pharma Corporation, | ) | |
| Encysive Pharmaceuticals Inc., Glaxo Group | ) | |
| Limited, SmithKline Beecham plc, and | ) | |
| SmithKline Beecham Corp. d/b/a | ) | Hon. John G. Koeltl |
| GlaxoSmithKline, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Barr Laboratories, Inc. and | ) | |
| Pliva-Hrvatska d.o.o., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE the law firm of Edwards Angell Palmer & Dodge LLP has changed its name to Edwards Wildman Palmer LLP effective October 1, 2011.  The addresses and telephone numbers of our New York and Boston offices remain unchanged.

| | |
|---|---|
| Dated: Boston, Massachusetts<br>October 5, 2011 | Respectfully submitted,<br><br>Mitsubishi Chemical Corporation and<br>Mitsubishi Tanabe Pharma Corporation<br><br>By their attorneys,<br><br><br>/s/ Christopher P. Silva<br>Christopher P. Silva, *pro hac vice*<br><br>Anthony J. Viola (AV-7366)<br>EDWARDS WILDMAN PALMER LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>(212) 308-4411<br><br>David G. Conlin, *pro hac vice*<br>Barbara L. Moore, *pro hac vice*<br>Kathleen B. Carr, *pro hac vice*<br>Christopher P. Silva, *pro hac vice*<br>EDWARDS WILDMAN PALMER LLP<br>111 Huntington Avenue<br>Boston, MA 02119<br>(617) 239-0100 |