Anthony J. Viola
Andre K. Cizmarik
EDWARDS WILDMAN PALMER LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| Mitsubishi Chemical Corporation, | ) | Civil Action No. 07 CV 11614 |
| Mitsubishi Tanabe Pharma Corporation, | ) | |
| Encysive Pharmaceuticals Inc., Glaxo Group | ) | |
| Limited, SmithKline Beecham plc, and | ) | |
| SmithKline Beecham Corp. d/b/a | ) | Hon. John G. Koeltl |
| GlaxoSmithKline, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Barr Laboratories, Inc. and | ) | |
| Pliva-Hrvatska d.o.o., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TO:   Thomas J. Meloro, Esq.
      Attorneys for defendants
      WILLKIE FARR & GALLAGHER LLP
      787 Seventh Avenue
      New York, NY 10019-6099
      (212) 728-8000 Telephone

---

**NOTICE OF MOTION FOR TAXATION OF COSTS TO BE
TAXED AGAINST DEFENDANTS BARR LABORATORIES, INC.
AND PLIVA-HRVATSKA D.O.O.**

---

PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 54(d)(1), 28 U.S.C. § 1920, and S.D.N.Y. CIV. R. 54.1, plaintiffs Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma Corporation, (collectively, "Mitsubishi") will present the attached verified Bill of Costs to be taxed against defendants Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o. to the Judgment Clerk of the United States District Court for the Southern District of New York for signature on Monday, October 17, 2011, at 10:00 a.m.  This application is made on the annexed verified Bill of Costs and the declaration of Christopher P. Silva, dated October 7, 2011, together with exhibits thereto and the papers and records on file in this action.

Dated:  Boston, Massachusetts
          October 7, 2011

Respectfully submitted,

Mitsubishi Chemical Corporation and
Mitsubishi Tanabe Pharma Corporation

By their attorneys,

/s/ Christopher P. Silva
Christopher P. Silva, *pro hac vice*

Anthony J. Viola (AV-7366)
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

David G. Conlin, *pro hac vice*
Barbara L. Moore, *pro hac vice*
Kathleen B. Carr, *pro hac vice*
Christopher P. Silva, *pro hac vice*
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02119
(617) 239-0100