Anthony J. Viola
Andre K. Cizmarik
EDWARDS WILDMAN PALMER LLP
Attorneys for Plaintiffs
  Mitsubishi Chemical Corporation and
  Mitsubishi Tanabe Pharma Corporation
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., Glaxo Group Limited, SmithKline Beecham plc, and SmithKline Beecham Corp. d/b/a GlaxoSmithKline,<br><br>     Plaintiffs,<br><br>  v.<br><br>Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o.,<br><br>     Defendants. | Civil Action No. 07 CV 11614<br><br>Hon. John G. Koeltl |

**AFFIDAVIT OF CHRISTOPHER P. SILVA IN SUPPORT OF BILL OF COSTS SUBMITTED BY MITSUBISHI CHEMICAL CORPORATION AND MITSUBISHI TANABE PHARMA CORPORATION TO BE TAXED AGAINST DEFENDANTS BARR LABORATORIES, INC. AND PLIVA-HRVATSKA D.O.O.**

Christopher P. Silva, being duly sworn, deposes and says:

1. I am an attorney-at-law admitted <u>pro hac vice</u> to practice before this Court in the above-captioned case, and counsel of the firm Edwards Wildman Palmer LLP, attorneys for the

plaintiffs Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma Corporation, (collectively, "Mitsubishi"). I am fully familiar with the matters set forth herein and submit this affidavit in support of Mitsubishi's Bill of Costs against defendants Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o (collectively, "Barr").

2. The foregoing Bill of Costs to be taxed against Barr is true to my knowledge. Moreover, (i) the items are correct, (ii) the services were actually and necessarily performed, and (iii) the disbursements were necessarily incurred in the pursuit of this action. Copies of invoices in support of the request for each item are attached to the Bill of Costs and discussed fully in the accompanying Memorandum.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Findings of Fact and Conclusions of Law issued by the Court on June 16, 2010.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Final Judgment entered by the Court on June 30, 2010.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Notice of Appeal filed by Barr on July 20, 2010.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Decision issued by the United States Court of Appeals for the Federal Circuit dated August 2, 2011.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Judgment and Mandate issued by the United States Court of Appeals for the Federal Circuit on September 8, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Christopher P. Silva

Signed and sworn to before me this 7th day of October, 2011.

*Marie-M. Pistorelli*
Notary Public
My Commission Expires: _____

MARIE M. PISTORINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires February 3, 2017