UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __10/14/11__

MITSUBISHI CHEMICAL CORPORATION,          )
MITSUBISHI TANABE PHARMA                  )
CORPORATION,                              )
ENCYSIVE PHARMACEUTICALS INC.,            )
SMITHKLINE BEECHAM PLC AND                )
SMITHKLINEBEECHAM CORP. D/B/A             )   Civil Action No. 1:07-CV-11614-JGK
GLAXOSMITHKLINE,                          )
                                          )
                Plaintiffs,               )
                                          )
        v.                                )
                                          )
BARR LABORATORIES, INC.,                  )
                                          )
                Defendant.                )
                                          )

## [PROPOSED] ORDER

WHEREAS Plaintiffs Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma Corporation (collectively "Mitsubishi") have filed a Notice of Motion For Taxation of Costs in the above referenced action returnable October 17, 2011 for entry of a Bill of Costs in the amount of $206,915;

WHEREAS defendant Barr Laboratories Inc. ("Barr") has requested an extension of its time to file any objection to the Bill of Costs in order for it to have additional time to review the Bill of Costs and so that the parties can seek to resolve any potential objections and agree upon a Bill of Costs;

WHEREAS Mitsubishi has consented to Barr's request for the extension of time to October 28, 2011;

7064186.2

NOW, THERFORE, IT IS HEREBY ORDERED that the time for Barr to file any objections to the Bill of Costs pursuant to Rule 54.1(b) of the Local Civil Rules of the Southern District of New York is hereby extended to and including October 28, 2011.

SO ORDERED:

_____
United States District Judge

Dated: New York, N.Y.
       October 13, 2011

- 2 -