AO 133 (Rev. 9/89) Bill of Costs - SDNY WEB 4/99

# United States District Court

Southern DISTRICT OF New York

Mitsubishi Chemical Corp., et al.

v.

Barr Laboratories, Inc., et al.

BILL OF COSTS

Case Number: 07 CIV 11614 (JGK)

RECEIVED OCT 11 2011 JUDGMENT CLERK

DOCKETED AS A JUDGMENT ON 10/28/11 #11,2085

Judgment having been entered in the above entitled action on September 8, 2011 against Defendants,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 477.33 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 70,801.69 |
| Fees and disbursements for printing | 100,000.00 |
| Fees for witnesses (itemize on reverse side) | 29,624.13 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 146.00 |
| Docket fees under 28 U.S.C. 1923 | 40.00 |
| Costs as shown on Mandate of Court of Appeals | 646.28 |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 4,865.72 |
| Other costs (please itemize) THE PARTIES HAVING SUBMITTED A STIPULATION ON 10/28/11 STIPULATING AND AGREEING TO THE BILL OF COST IN THE TOTAL AMOUNT OF $180,000.00 IN FAVOR OF MITSUBISHI AGAINST BARR | TOTAL $ ~~206,951.15~~ $180,000.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Steven H. Reisberg, Esq., Wilkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY

Signature of Attorney: _[signature]_

Name of Attorney: Christopher P. Silva, pro hac vice, Edwards Wildman Palmer LLP

For: Mitsubishi Chemical Corporation and Mitsubishi Tanabe Pharma Corp.    Date: October 7, 2011
Name of Claiming Party

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/28/11

Costs are taxed in the amount of $ 180,000.00 and included in the judgment.

RUBY J. KRAJICK    By: _[signature]_    10/28/11
Clerk of Court        Deputy Clerk        Date